

# Fourth Court of Appeals
## San Antonio, Texas

April 23, 2014

No. 04-14-00163-CV

**AAA FREE MOVE MINISTORAGE L.L.C.,**
Appellant

v.

**BRIGHAM LIVING TRUST**,
Appellee

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-01363
Honorable Barbara Hanson Nellermoe, Judge Presiding

## O R D E R

The reporter's record was originally due on March 18, 2014. In response to a letter from this court that the record was late, the court reporter filed a Notification of Late Reporter's Record stating that the reporter's record was not filed because appellant has failed to pay or make arrangements to pay the reporter's fee for preparing the record and that appellant was not entitled to appeal without paying the fee. On April 14, 2014, this court ordered appellant to provide written proof to this court no later than April 25, 2014 that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee. On April 18, 2014, counsel for appellant, Mr. Gregory T. Van Cleave, informed this court that he had reached an agreement with the court reporter to pay all fees charged for the record.

Ms. Judith A. Stewart is the reporter responsible for preparing, certifying and timely filing the reporter's record. Ms. Stewart is hereby ORDERED to file the reporter's record in this appeal no later than May 23, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of April, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court